**Order entered November 20, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00473-CR
## No. 05-18-00474-CR

**RICKEY LECARDO MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F16-34511-H & F16-34499-H**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for a hearing to determine why appellant's brief had not been filed. On November 16, 2018, a supplemental clerk's record was filed with the trial court's findings. We **ADOPT** the trial court's findings and recommendations that (1) appellant wants to pursue this appeal; (2) April Smith is appellant's appointed attorney and has not abandoned the appeal; and (3) counsel needs approximately thirty days in which to write the brief.

We **ORDER** appellant's brief filed on or before December 19, 2018.

/s/     CRAIG STODDART
JUSTICE